158

Anthony ANDREWS, Plaintiff–
Appellant,

v.

Elizabeth Ms. Libby JORDAN; James
C. Fox, Defendants–Appellees.

No. 06–7773.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 11, 2007.

Decided: April 27, 2007.

Anthony Andrews, Appellant Pro Se.

Before KING and DUNCAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Anthony Andrews appeals the district
court's order dismissing under 28 U.S.C.
§ 1915(e)(2)(B) (2000) his complaint filed
pursuant to *Bivens v. Six Unknown
Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d
619 (1971). Andrews also appeals the district court's denial of his subsequent Fed.
R.Civ.P. 59(e) motion for reconsideration.
We have reviewed the record and find that
this appeal is frivolous. Accordingly, we
dismiss the appeal for the reasons stated
by the district court. *See Andrews v. Jordan,* No. 5:06–CT–3047–H (E.D.N.C. June
19, 2006 & Sept. 29, 2006). We dispense
with oral argument because the facts and
legal contentions are adequately presented
in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*